OPINION — AG — THE SURPLUS OF INCOME AND REVENUES IN EXCESS OF THE AMOUNT NECESSARY TO PAY PRINCIPLE AND INTEREST ON BONDS ISSUED PURSUANT TO 70 O.S. 1961 1581.1-158.11 [70-1581.1] — [70-158.11] (70 O.S. 1965 Supp., 4001-4013 [70-4001] — [70-4013]) MAY NOT BE LAWFULLY DEPOSITED INTO THE COLLEGE REVOLVING FUND AND USED IN GENERAL SUPPORT OF THE COLLEGE. CITE: 70 O.S. 1965 Supp., 4007 [70-4007], 70 O.S. 1961 1581.6 [70-1581.6] (SAM HELLMAN)